IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRAND DESIGN CO., INC., d/b/a HOUSE INDUSTRIES,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAELS STORES, INC., et al,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 15-cv-767-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Marsha G. Gentner and Jennifer Fraser, of DYKEMA GOSSETT PLLC, 1300 I Street N.W., Suite 300 West, Washington, D.C. 20005 to represent Defendant Michael Stores, Inc. in this matter.

Of Counsel:

DYKEMA GOSSETT PLLC

Marsha G. Gentner (*Pro Hac Vice pending*)
Jennifer Fraser (*Pro Hac Vice pending*)
1300 I Street, NW, Suite 300 West
Washington, DC 20005
Tel: (202) 906-8611
mgentner@dykema.com
jfraser@dykema.com

Dated: January 19, 2016

CONNOLLY GALLAGHER LLP

*/s/ Mary I. Akhimien*
Arthur G. Connolly, III (#2667)
Mary I. Akhimien (#5448)
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, Delaware 19801
Tel: (302) 757-7300
aconnolly@connollygallagher.com
makhimien@connollygallagher.com

*Attorneys for Defendant Michaels Stores, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Marsha G. Gentner and Jennifer Fraser is granted.

Dated: _____                    _____
                                           United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

/s/ Marsha G. Gentner

Marsha G. Gentner
DYKEMA GOSSETT PLLC
1300 I Street N.W., Suite 300 West
Washington, D.C. 20005
202-906-8611
MGentner@dykema.com

Dated: January 19, 2016

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and the Bar of the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Jennifer Fraser  
DYKEMA GOSSETT PLLC  
1300 I Street N.W., Suite 300 West  
Washington, D.C. 20005  
202-906-8611  
JFraser@dykema.com

Dated: January 19, 2016